✎JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** __II__          **Investigating Agency** __FBI__

**City** __TISBURY__          **Related Case Information:**

**County** __DUKES__
- Superseding Ind./ Inf. _____   Case No. _____
- Same Defendant _____   New Defendant _____
- Magistrate Judge Case Number __22-MJ-1535-DLC__
- Search Warrant Case Number __22-MJ-1540-1542-DLC; 22-MJ-1551-1553-DLC; NH 22-MJ-246-248-AJR__
- R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __MIQUEL ANTHONIO JONES__   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address __(City & State) EDGARTOWN, MA__

Birth date (Yr only): __1991__   SSN (last4#): __XXXX__   Sex __M__   Race: _____   Nationality: __JAMAICAN__

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA __Meghan C. Cleary/Kenneth G. Shine__   Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☐ No

☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** __11/18/2022__

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at __DUKES COUNTY HOC__   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __December 1, 2022__   Signature of AUSA: _/s/_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   MIQUEL ANTHONIO JONES

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 USC 2113(a) and (d), 2 | ARMED BANK ROBBERY; AIDING AND ABETTING | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____